

# KARASYK & MOSCHELLA, LLP
COUNSELLORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

MARISSA B. GILLESPIE

OF COUNSEL

ALAN SERRINS

ERIC RICHMAN

SHIVA BAHMANI

NICOLE J. ZUVICH

September 9, 2019

Via Electronic Case Filing
Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *United States v. Michael Foder*, 18 CR 97 (PKC)
    Request for Permission to Leave Federal Judicial District During
    Supervised Release

Dear Judge Chen:

  We are the attorneys for defendant, Michael Foder, in the above-referenced proceeding. We are writing in response to the Court's Order of September 5, 2019 and in further support of defendant's application to modify the standard conditions of release to allow defendant to travel outside the judicial district.

  I have spoken with AUSA Nathan Reilly regarding our application and he has indicated that the Government has no objection to the request.

  Thank you for consideration of this matter.

           Respectfully submitted,

           KARASYK & MOSCHELLA, LLP

           JAMES M. MOSCHELLA

cc : Michelle Rodriguez, Probation Officer U.S. Dept. Of Probation (via email); and
   AUSA Nathan Reilly (via ECF)

W:\IRODRIG\MOSCHELLA\Foder, Michael\ltrJ-vacreqSept9.wpd

233 BROADWAY, SUITE 2340 • NEW YORK, NEW YORK 10279 • T: 212·233·3800 • F: 212·233·3801 • www.kmattorneys.com